IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EVERETT DEON JACKSON,

    Plaintiff,

v.

ADMINISTRATION OF GEORGIA STATE PRISON; HANCOCK STATE PRISON; JACKSON STATE PRISON; and PAROLE BOARD OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: 6:22-cv-40

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 5. Plaintiff did not file Objections to the Report and Recommendation, nor did Plaintiff file the requisite filing fee, as ordered. Doc. 10.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to comply with this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 9th day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA